UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 22-cr-155 (TSC) |
| | : | |
| ANTONIO PAYNE | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, through its attorney, the United States Attorney for the District of Columbia, and the Defendant, Antonio Christian Payne, through his counsel, hereby submit this joint status report regarding the parties' readiness for trial.

1. On September 23, 2023, counsel for the defendant filed a Joint Emergency Motion to Convert the Trial Date to a Status Hearing (ECF No. 90), which the Court granted on September 24, 2023, *see* Sept. 24, 2023 Minute Order.

2. The parties have met and conferred regarding their readiness for trial, and, if the Court's schedule permits, the parties can be prepared to commence trial on October 4, 2023, with jury selection.

3. As discussed at the pre-trial conference, it remains the parties' expectation that trial will take approximately one week.

4. The parties are still available to meet tomorrow for a status conference (in which the defendant's presence will be waived). The government anticipates asking for an exclusion of the time within which trial must begin under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(3), (h)(4), (h)(7). Counsel for the defendant expects not to take a position on this request.

By:

/s/ *Will Hart*  
WILL HART  
D.C. Bar No. 1029325  
SOLOMON EPPEL  
Assistant United States Attorneys  
601 D Street, NW  
Washington, DC 20530  
(202) 252-7877 (Hart)  
(202) 252-6661 (Eppel)  
William.Hart@usdoj.gov  
Solomon.Eppel@usdoj.gov

/s/ *David Benowitz*  
DAVID BENOWITZ  
D.C. Bar No. 451557  
PAULETTE PAGÁN  
AMY COLLINS  
*Counsel for Antonio Payne*  
409 Seventh Street, NW, Suite #200  
Washington DC 20004  
(202) 417-6000  
david@pricebenowitz.com  
Paulette@pricebenowitz.com