UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) <br> ) <br> ) |
| v. | ) <br> ) Crim. No. 1:22-cr-00155-TSC <br> ) |
| ANTONIO CHRISTIAN PAYNE, | ) <br> ) |
| Defendant. | ) <br> ) |

**DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO GOVERNMENT'S EXHIBIT LIST**

Pursuant to the Court's direction on September 26, 2023, the parties conferred regarding the Government's Exhibit List submitted to the Court. The Government has withdrawn some exhibits and redacted others. Mr. Payne maintains the following objections following the government's final posture of its exhibits.

**PHYSICAL EVIDENCE**

Because Mr. Payne is not charged with a firearm trafficking offense, illegal possession of ammunition or accessories; this evidence is not relevant and is unduly prejudicial pursuant to FRE 403.

**Ammunition & Accessories**

Because Mr. Payne is not charged with any offense related to these exhibits, this evidence is not relevant and is unduly prejudicial pursuant to FRE 403.

| Exhibit No. | Description of Exhibit |
|---|---|
| 6 | 3 boxes of 9 mm cont. 60 rounds, box of 100 .22 cal ammo, 2 boxes of 7.62 cal cont. 40 rounds, 2 boxes 40 cal ammo cont 78 rounds, (75) .223 rounds, (22) 9mm rounds, (2) .22cal rounds |

1

| | |
|---|---|
| 7 | 3 extended magazines, 2 rifle magazines, tactical sling |
| 42 | Glock Box |
| 43 | (1) .40cal ammunition and (4) .22cal ammunition, measuring cup with white residue |
| 44 | Rifle Barrel and Micro Conversion Kit |
| 47 | (4) 9mm ammunition |
| 49 | Rifle magazine, (1) 9mm ammunition; (1) .40 ammunition; (6) .223 ammunition |
| 50 | Box. Cont. (11) rounds of .40 cal ammunition and box cont. (50) 5.7 ammunition |
| 55 | Gun light, 53 .22cal ammunition, (1) 7.62cal ammunition, (1) 9mm ammunition |
| 58 | Shoulder holster, (3) .22cal ammo; (4) 9mm ammunition; (1) 9 .556 cal ammunition; (1) .762 ammunition |
| 59 | Gun light, 7.62cal ammunition, and .22 cal ammunition |

**Uncharged Narcotics/Miscellaneous**

Because Mr. Payne is not charged with any offense related to these exhibits, this evidence is not relevant and is unduly prejudicial pursuant to FRE 403.

| Exhibit No. | Description of Exhibit |
|---|---|
| 17 | Pills B706 Alprazolam (4.6 g) |
| 36 | 5 pills of M/30 and half a white pill (alprazolam) (0.13 g) |
| 37 | Heroin (3.11 g) |
| 57 | Bottle of promethazine and 37 M/30 pills |
| 51 | Mail Matter |

**AUDIO / VIDEO EVIDENCE**

Notwithstanding the Court's prior ruling, Mr. Payne renews his objection to the Government's Motion in Limine to Admit Evidence of Events Preceding Execution of Search Warrant and to the below list of exhibits associated with this motion.

| Exhibit No. | Description of Exhibit |
|---|---|
| 100 | C-131.wma (9-1-1-call). |
| 101 | Suspect_Suspect_going_to_car_1.mp4 |

| | |
|---|---|
| 102 | Gun_threat_Antonio.mp4 |
| 103 | Suspect_in_car_2.mp4 |
| 104 | Shots_fired.mp4 |
| 105 | Antonio_after_shots.mp4going_to_car_1.mp4 |
| 106 | 2432 Baldwin Cres NE (Shooting).mp4 |
| 107 | (107) 2436 Baldwin Cres Northeast (Shooting).mp4 |
| 108 | 2436_Baldwin_Cres_Northeast_(CPWL) |

**BODY WORN CAMERA VIDEOS**

Mr. Payne maintains his objections to the body worn camera video exhibits below because it is not necessary for the footage to also include audio. The Government intends to call live witnesses to testify to the body worn camera videos. Several of these exhibits have comments made by officers declaring what certain substances are, discussing their impressions of the amount of evidence collected, and validating the K-9 dogs for their discoveries. Because the live witnesses can testify to their observations in real time, playing any audio of these exhibits will be cumulative and/or unduly prejudicial under FRE 403.

| **Exhibit No.** | **Description of Exhibit** |
|---|---|
| 113b_partially redacted | Footage and audio of K-9 handlers inside bedroom 1. |
| 114d | Footage and audio of evidence collection. Officers' statements: "I got crack right here" "I'm going to hand you crack" etc. |
| 114e_additional redactions | Footage and audio recovering items. Officers' statements: "All this weed right here." |
| 114f_partially redacted | Footage and audio of evidence collection. |
| 114i | Footage and audio of evidence collection. Officers' statements: "This is real crystal meth." |
| 114k | Footage and audio of evidence collection. |
| 115a | Footage and audio of evidence collection. |
| 115b_additional redactions | Footage and audio of evidence collection. Officers' statements: "These are oxy 30s." |
| 115c_partially redacted | Footage and audio of evidence collection. Officers' statements: "This has money drugs" "Looks like more crack or coke" etc. |

| | |
|---|---|
| **115d_additional redactions** | Footage and audio of evidence collection. Officers' statements: "Cause there's drugs and money in there." |
| **115e** | Footage and audio of evidence collection. |
| **115f** | Footage and audio of evidence collection. Officers' statements: "Mail matter bank statements." |
| **115g** | Screenshot of body camera footage of bedroom. |
| **116a_additional redactions** | Footage and audio of evidence collection. Officers' statements: "Loose pills from the ground" and "oh wow there's more" and "this is insane" etc. |
| **116b** | Footage and audio of evidence collection. Officers' statements: "This box is crystal meth looking." |
| **116c** | Footage and audio of evidence collection. Officers' statements: "More drugs can you believe it" |
| **116d_new_partially redacted** | Footage and audio of evidence collection. Officers' statements: "Oh my god" and "Three ziplocks of narcotics." |
| **116e_partially redacted** | Footage and audio of evidence collection. Officers' statements: "you're looking at crystal meth, crack, purple stuff, fentanyl, mad pills" |
| **119a_partially redacted** | Footage and audio of evidence collection. |
| **119b_partially redacted** | Footage and audio of K-9 evidence collection. Officers' statements: "Good boy" and "give me that oxy" and "he's got oxy, ammo." |
| **119c** | Footage and audio of evidence collection. Officers' statements: "Good boy that's a good boy" and "Holy shit good boy." |
| **120b-1** | Footage and audio of evidence collection. |
| **120b-2** | Footage and audio of evidence collection. |
| **120c** | Footage and audio of evidence collection. |
| **120d_partially redacted** | Footage and audio of evidence collection. Officers' statements: "Do you see any more loose ammo around." |
| **120e_partially redacted** | Footage and audio of evidence collection. |
| **120f** | Footage and audio of evidence collection. |
| **120g** | Footage and audio of evidence collection. |
| **120h** | Footage and audio of evidence collection of the living room. |

| | |
|---|---|
| **120i** | Footage and audio of evidence collection of the living room. Officers' statements: "Cause these are drugs." |
| **120j** | Footage and audio of evidence collection. |
| **120k** | Screenshot of Body Camera Footage of a dresser. |
| **121a** | Footage and audio of evidence collection of bedroom 1. |
| **121e** | Footage and audio of evidence collection of bedroom 1. |
| **121f** | Footage and audio of evidence collection of bedroom 1. |
| **121i** | Footage and audio of evidence collection of bedroom 1. |
| **121g** | Footage and audio of evidence collection of the living room. |
| **121j-1** | Footage and audio of evidence collection of the garage. |
| **121j-2** | Footage and audio of evidence collection of the garage. |
| **121k** | Screenshot of Body Camera Footage of the living room. |
| **121l** | Screenshot of Body Camera Footage of the living room. |
| **121m** | Footage and audio of evidence collection of the living room. |
| **121n** | Footage and audio of evidence collection of the bedroom 1 officers discussing mail matter. |
| **122a** | Footage and audio of evidence collection of the garage. |
| **123a** | Footage and audio of K-9 evidence collection of bedroom 1. Officers' statements: "Good boy." |
| **123b** | Footage and audio of K-9 evidence collection of bedroom 1. |
| **123c** | Footage and audio of K-9 evidence collection of bedroom 1. |
| **123d** | 1 second clip of Body Camera Footage. |
| **123e** | Footage and audio of evidence collection of bedroom 1. |
| **123f** | Footage and audio of evidence collection of bedroom 1. Officers' statements: "You have cash, oxy, oxy, oxy, ammo." |
| **123g** | Footage and audio of evidence collection of bedroom 1. |

| | |
|---|---|
| **123h_partially redacted** | Footage and audio of K-9 evidence collection. Officers' statements: "Good boy that's a good boy." |
| **123i** | Footage and audio of evidence collection of living room. |
| **123j** | Footage and audio of K-9 evidence collection. Officer statements: "Good boy that's a good boy." |
| **123k** | Screenshot of Body Worn Camera Footage of a wall. |
| **123l** | Screenshot of Body Worn Camera of a license plate with the name "Antonio." |
| **124a** | Footage and audio of evidence collection of the living room. |
| **126a_Untitled Project** | Footage and audio of EMS and others with Mr. Payne on Scene. |
| **127b_partially redacted** | Footage and audio of EMS and others with Mr. Payne on Scene. |

**CHATS**

At trial, the Government intends to introduce a total of 62 individual chat streams and 57 attachments to those streams in their final exhibit list. Mr. Payne does not object to nine (9) of these chat streams and 1 attachment. Below is a list of the exhibits to which Mr. Payne maintains his objection.

**<u>Chats Outside Court's One-Year Timeframe Directive</u>**

The Court ordered that the Government could not introduce any chats that were older than one year from the alleged offense date of April 18, 2022. Below is a list of exhibits that the Government seeks to introduce in violation of the Court's exhibit timeline. Mr. Payne objects to these exhibits.

| **Exhibit No.** | **Description of Exhibit** |
|---|---|
| **216** | July 4, 2020 |
| **218** | July 26, 2020 to August 5, 2020 |
| **225.1 to 225.4 and its (4) attachments** | June 22, 2020 to August 16, 2020 |
| **228.1-228.4** | December 2, 2020 and June 25, 2020 |

**Irrelevant, Cumulative, and Unduly Prejudicial Chats**

Mr. Payne maintains his objections to the exhibits below because they are not relevant, are cumulative, and are unduly prejudicial under FRE 403. To the extent that the Government's justification for the admission of these exhibits is "attribution," the defense does not plan to dispute that the phone seized from Mr. Payne at the time of his arrest belonged to him.

| Exhibit No. | Description of Exhibit |
| --- | --- |
| **204 and its (1) attachment** | Request for Mr. Payne's social security number and audio of that request. |
| **205.5** | Messages discussing Mr. Payne's belongings being stolen on a previous occasion and an argument - unclear of what the subject of the argument is. |
| **208.1** | Message from Mr. Payne stating "Tonio." |
| **219** | Message from Mr. Payne that the other number must have accidentally called him. |
| **229.1** | Message to Mr. Payne with his driver's license. |
| **229.2 and its (4) attachments** | Message to Mr. Payne with photos of his driver's license. |
| **229.3 and its (2) attachments** | Message to Mr. Payne with photos of his driver's license. |
| **229.4 and its (2) attachments** | Message of a request to close the garage and a video of the driveway. |
| **229.5** | Message discussing shutting the garage door. |
| **229.6** | Messages discussing the use of a Porsche and a Benz. |
| **231.1** | Message with the words "chick chick boom" as Mr. Payne response. The Government claims a message sent to Mr. Payne of "G29" could either be a reference to a firearm or a videogame accessory. |
| **233** | Message from Mr. Payne indicating he didn't mean to call the number in the chat. |
| **237** | Message referencing a Mercedes Benz and an address. |
| **238** | Message referencing a Mercedes Benz and an address. |

7

**Chats – Unduly Prejudicial & Confusing to the Jury**

Mr. Payne maintains his objections to the chats listed below because they are unduly prejudicial under FRE 403 and would confuse the jury.

| Exhibit No. | Description of Exhibit |
|---|---|
| 205.1 | "Take dawg to BM house." Government claims "dawg" refers to a gun. |
| 205.2 | Mr. Payne turning down of an offer of a sale. |
| 205.3 | Messages go by without a reply from Mr. Payne and a day goes by to discuss meeting up without any evidence of what the meet up is in reference for. |
| 215 | Messages discussing "purp." Government claims the word "purp" could be testified to by an expert as referencing either an uncharged narcotic or a charged narcotic. |

**Messages Referencing Firearms**

Mr. Payne maintains his objections to the exhibits below because these chats are irrelevant, unduly prejudicial under FRE 403, and would confuse the jury.  In particular, the Government seeks to introduce numerous exhibits in which messages, some of which contain photographs of firearms, are sent to Mr. Payne.  The messages are either 1) unsolicited; 2) not responded to by Mr. Payne; or 3) rejected by Mr. Payne.

The Government attempts to justify the admission of these exhibits in its Motion to Admit Intrinsic and 404(b) Evidence, ECF 62 at 22-23, in two (2) ways:  1) that silence can equal adoption if under the circumstances an innocent defendant would normally be induced to respond; and 2) "[o]ne would not expect that an individual would ask the defendant for drugs if the defendant did not, in fact, engage in drug distribution." *Id*.

However, assuming that Mr. Payne saw the messages at issue, this is not a circumstance where someone would be "induced to respond." In fact, it is equally likely that the lack of a response constitutes a rejection of what is solicited.  As well, counsel submits that the

Government's justification that "[o]ne would not expect that an individual would ask the defendant for drugs if the defendant did not in fact engage in drug distribution" would constitute a per se violation of the Constitution if accepted.

| Exhibit No. | Description of Exhibit |
|---|---|
| **205.4 and its (8) attachments** | Photos of stand-alone firearms sent to Mr. Payne without a response from Mr. Payne. |
| **207.1 and its (1) attachment** | Video sent to Mr. Payne of a firearm and no response from Mr. Payne. |
| **207.2 and its (12) attachments** | Messages with unsolicited photos of firearms sent to Mr. Payne. |
| **207.3 and its (8) attachments** | Messages with unsolicited photos of firearms sent to Mr. Payne to which Mr. Payne responses he is not interested in purchasing. |
| **207.4** | Messages sent to Mr. Payne with no response from Mr. Payne. |
| **207.5 and its (2) attachments** | Messages that he is not meeting up with anyone for any drug dealing and then is sent unsolicited photos of firearms. |
| **207.8 and its (4) attachments** | No messages discussing drugs for guns. Mr. Payne receives unsolicited photos of firearms and Mr. Payne does not respond. |
| **207.9 and its (4) attachments** | Messages with unsolicited photos of firearms sent to Mr. Payne to which Mr. Payne responds with a suggestion of how much the price is. No discussions of drugs. |
| **231.2 and its (2) attachments** | Message sent with a photo of a firearm in which Mr. Payne doesn't respond. |

**VIDEOS**

The Government has withdrawn a selected number of videos from its exhibit list. Below are the exhibits that Mr. Payne to which maintains his objections to because the videos are not relevant and are unduly prejudicially pursuant to FRE 403.

| Exhibit No. | Description of Exhibit |
|---|---|
| **253 and 253A** | An inaudible video selfie of Mr. Payne. |
| **254 and 254A** | An inaudible video selfie of Mr. Payne. |
| **255 and 255A** | Video of an officer inside Mr. Payne's home from the alleged offense date. |

**PHOTOS**

9

The Government has withdrawn a select number of photos from its exhibit list. Below are the exhibits that Mr. Payne maintains his objections to because the photos are not relevant in that they are not connected in time or location with any criminal activity, are cumulative, and/or are unduly prejudicially pursuant to FRE 403.

| Exhibit No. | Description of Exhibit |
| --- | --- |
| 257 and 257A | Photo of Mr. Payne at a gun range. |
| 260 and 260A | Selfie Photo of Mr. Payne holding cash in his hand. |
| 262 and 262A | Photo of Mr. Payne's driver's license. |
| 265 and 265A | Photo of a selfie Mr. Payne took inside a car. |
| 267.1 and 267.1A | Photo of Mr. Payne holding cash in his hand to the camera. |

**INTERNET HISTORY AND SEARCH HISTORY**

Mr. Payne maintains his objections to Government's Exhibits 268 and 269 because Exhibit 268, Web Search, and Exhibit 269, Internet Search, are cumulative of each other, are not relevant, and are unduly prejudicially pursuant to FRE 403.

| Exhibit No. | Description of Exhibit |
| --- | --- |
| 268 | Web History: "is fn 5.7 legel in dc – Google Search" |
| | Web History: "Handgun Qualification License" |
| | Web History: "how to get a gun license in maryland – Google Search" |
| | Web History: "can u register fn57 in maryland – Google Search" |
| | Web History: "Mail – Antonio P – Outlook" |
| | Web History: "gg 257 pill – Google search" (appears to refer to Alprazolam – a prescription pill for which Mr. Payne has not been charged) |
| | Web History: "1620 C Street – Antonio P – Outlook" |
| | Web History: "sz 45 incus – Google Search". (appears to refer to a shoe size) |
| | Web History: "threaded barrel ap9 – Google Search" |

10

|     |     |
| --- | --- |
|     | Web History: "Amazon.com: Feyachi Brass Shell Catcher, Tactical Cartridge Nylon Mesh Collector Casing Catcher for Rifle Range Shooting: Sports & Outdoors" |
|     | Web History: "shell catcher ar – Google search" |
|     | Web History: "g 035 – Google Search" (appears to refer to a prescription pill for which Mr. Payne has not been charged). |
|     | Web History: "Pistol Barrels – Griffin Armament" |
|     | Web History: "THREADED BARREL – SilencerCo" |
|     | Web History: "threaded barrel – Google Search" |
|     | Web History: "shaving gen 5 glock right side – Google Search" |
| **269** | Search Items: "is fn 5.7 legel in dc." |
|     | Search Items: "how to get a gun license in maryland" |
|     | Search Items: "can you register fn57 in maryland" |
|     | Search Items: "gg 257 pill" (appears to refer to Alprazolam – a prescription pill Mr. Payne is not charged with) |
|     | Searched Items "sz 45 incus" |
|     | Searched Items: "threaded barrel ap 9" |
|     | Searched Items: "shell cat" |
|     | Searched Items: "shell catcher" |
|     | Searched Items: "shell catcher ar" |
|     | Searched Items: "g 035" |
|     | Searched Items: "threaded barrel" |
|     | Searched Items: "shaving gen 5 g" |
|     | Searched Items: "shaving gen 5 glock right side" |
|     | Searched Items: "budget rental car" |
|     | Searched Items: "rp 20" |

**MAPS / DIAGRAMS / PHOTOGRAPHS**

Mr. Payne maintains his objections to Government's Exhibits numbers 303 to 436. These exhibits consist of screenshots of the Body Worn Camera Footage that it seeks to introduce in Exhibits 109 to 125. These photographs are cumulative, not relevant, and are unduly prejudicial under FRE 403.

Mr. Payne maintains his objections to Government's Exhibits 437 to 483. The Exhibits consist of photographs of the executed search of Mr. Payne's vehicle. The items shown in these Exhibits are also shown in earlier Body Worn Camera Footage the Government seeks to introduce. These photographs are cumulative, not relevant, and are unduly prejudicial under FRE 403.

Mr. Payne objects to Government's Exhibits 484 to 490. These Exhibits are exhibits are photographs of physical evidence already intended to be introduced in trial and are photographs of uncharged activity. These photographs are cumulative, not relevant, and are unduly prejudicial under FRE 403.

| Exhibit No. | Description of Exhibit |
|---|---|
| 484 | Photo of trash bags. |
| 485 | Photo of trash bags. |
| 486 | Photo of uncharged ammunition. |
| 487 | Photo of uncharged ammunition, an uncharged bottle of promethazine, and pills on a nightstand. |
| 488 | Photo of a firearm. |
| 489 | Photo of a firearm. |
| 490 | Photo of a firearm. |

## CONCLUSION

Wherefore, for the above-mentioned reasons, Antonio Payne objects to the above-listed exhibits in the Government's Exhibit List.

Respectfully submitted,

_____/s/_____
David Benowitz
D.C. Bar No. 451557
*Counsel for Antonio Christian Payne*
Price Benowitz, LLP
409 Seventh Street, NW, Suite 200
Washington, D.C. 20004
Phone: (202) 271-5249
Fax: (202) 664-1331
David@pricebenowitz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October 2023, I caused a true and correct copy of the foregoing Defendant's Reply to Government's Response to Defendant's Objections to Government's Exhibit List to be delivered via CM/ECF to all parties in this matter.

_____/s/_____
David Benowitz